FILED BY [handwritten initials] D.C.
05 AUG -9 AM 6:58
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

*UNITED STATES DISTRICT COURT*

***WESTERN DISTRICT OF TENNESSEE***
***WESTERN DIVISION***

---

**CLARENCE NEVILLES,**

**Plaintiff,**

**v.**

**LOUIS MITCHELL,**

**Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 2:01-2647-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order entered on May 9, 2005, this cause is hereby dismissed with prejudice.**

**APPROVED:**

[signature]

**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

8/8/05
**Date**

**THOMAS M. GOULD**

**Clerk of Court**

[signature: Earline Frayer]
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-9-05


UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE

# Notice of Distribution

This notice confirms a copy of the document docketed as number 124 in case 2:01-CV-02647 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Honorable J. Breen
US DISTRICT COURT